AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>CV13-01933 | DATE FILED<br>12/13/2013 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>POQUITO MAS LICENSING CORPORATION | | DEFENDANT<br>TACO BELL CORP. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1,892,451 | 5/2/1995 | Kevin McCarney |
| 2 | 2,026,811 | 12/31/1996 | Kevin McCarney |
| 3 | 2,212,685 | 12/22/1998 | Kevin McCarney |
| 4 | 2,957,442 | 5/31/2005 | Kevin McCarney |
| 5 | 3,010,924 | 11/1/2005 | Kevin McCarney |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |  |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy

Form AO 120 Attachment Case # 8:13-cv-01933

Case Name: Poquito Mas Licensing Corp. v Taco Bell Corp.

| Patent or Trademark No. | Date of Patent of Trademark | Holder of Patent or Trademark |
|---|---|---|
| 6.   3,080,029 | 3/11/2006 | Kevin McCarney |
| 7.   4,295,420 | 2/26/2013 | Kevin McCarney |